IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMES CURTIS GWIN                                                                                         PLAINTIFF

v.                                         Case No. 1:23-cv-1101

SHERIFF TOMMY STURGEON;
JAIL ADMINISTRATOR JOHHNY GUY;
and CORRECTIONAL OFFICER SHARON GWIN                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed December 21, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 14. Judge Bryant recommends that Claim Two in Plaintiff's complaint be dismissed and that Claims One and Three proceed for further litigation. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 14) *in toto*.

Accordingly, the Court finds that Claim Two in Plaintiff's complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a clam upon which relief may be granted. The Court further finds that Claims One and Three in Plaintiff's complaint shall proceed for further litigation.

**IT IS SO ORDERED**, this 26th day of January, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge